E-filing

☐ ORIGINAL

1 Todd M. Friedman (216752)
2 Law Offices of Todd M. Friedman, P.C.
  369 S. Doheny Dr. #415
3 Beverly Hills, CA 90211
4 Phone: 877 206-4741
  Fax: 866 633-0228
5 tfriedman@attorneysforconsumers.com
6 Attorney for Plaintiff

FILED

JUN 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

7

8                    UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MELISSA MEYER,                    )  Case No. C10-02836  EMC
                                      )
12  Plaintiff,                        )  COMPLAINT FOR VIOLATION
                                      )   OF FEDERAL FAIR DEBT
13      vs.                           )  COLLECTION PRACTICES ACT
                                      )  AND ROSENTHAL FAIR DEBT
14                                    )  COLLECTION PRACTICES ACT
15  REGENT ASSET MANAGEMENT           )
    SOLUTIONS, INC.,                  )
16                                    )
                                      )
    Defendant.                        )
                                      )
    _____ )

                        I. INTRODUCTION

    1.   This is an action for damages brought by an individual consumer for

Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.

§1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection

Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA"), both of

which prohibit debt collectors from engaging in abusive, deceptive, and unfair

practices.

## II. JURISDICTION

2.      Jurisdiction of this Court arises under 15 U.S.C. §1692k (d).

## III. PARTIES

3.      Plaintiff, Melissa Meyer ("Plaintiff"), is a natural person residing in Alameda county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

4.      At all relevant times herein, Defendant, Regent Asset Management Solutions, Inc. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## IV. FACTUAL ALLEGATIONS

5.      On or about December 2009, Defendant initially contacted Plaintiff, in connection with an attempt to collect an alleged outstanding debt.

6.      On at least one occasion, Plaintiff hung up on Defendant, only to receive an immediate call back.

7.     On at least one occasion, Defendant informed Plaintiff that the call was an emergency or using any other alarming language.

8.     On at least one occasion, Defendant informed Plaintiff that non-payment of the alleged outstanding debt would result in a judgment will be entered against Plaintiff.

9.     On at least one occasion, Defendant said or implied that non payment of the alleged outstanding debt would result in a wage garnishment.

10.     On at least one occasion, Defendant said or implied that non payment of the alleged outstanding debt would result in legal action taken against Plaintiff.

11.     On at least one occasion, Defendant threatened to report the alleged outstanding debt to the credit bureau.

12.     On or about April 8, 2010, Plaintiff received a correspondence from Defendant informing Plaintiff of their intent to refer the account to an attorney for failure to respond to notices. In said correspondence, Defendant details their intent to proceed with further legal action, in the event that Plaintiff fails to contact them in connection with paying the alleged outstanding debt.

///

///

13.     Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

a) Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken (§1692e(5));
b) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§ 1692f); and
c) Falsely representing that a legal proceeding has been, is about to be, or will be instituted unless payment of a consumer debt is made (Cal Civ Code § 1788.13(j)).

14.     As a result of the above violations of the FDCPA and RFDCPA Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

15.     Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A.     Declaratory judgment that Defendant's conduct violated the FDCPA;
B.     Actual damages;
C.     Statutory damages;
D.     Costs and reasonable attorney's fees; and,
E.     For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF ROSENTHAL
## FAIR DEBT COLLECTION PRACTICES ACT

16.     Plaintiff reincorporates by reference all of the preceding paragraphs.

17.     To the extent that Defendant's actions, counted above, violated the

RFDCPA, those actions were done knowingly and willfully

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered

against the Defendant for the following:

      A.     Declaratory judgment that Defendant's conduct
      violated the RFDCPA;

      B.     Actual damages;

      C.     Statutory damages for willful and negligent violations;

      D.     Costs and reasonable attorney's fees,

      E.     For such other and further relief as may be just and proper.

### PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 23rd day of June, 2010.

By: _____

**TODD M. FRIEDMAN (216752)**
**LAW OFFICES OF TODD M.**
**FRIEDMAN, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorney for Plaintiff**