Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA MEYER,**<br>Plaintiff,<br><br>vs.<br><br>**REGENT ASSET MANAGEMENT SOLUTIONS, INC.,**<br>Defendant.<br>_____ | Case No. **3:10-cv-02836-EMC**<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br><br><br>_____ |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 20th day of September, 2010.

By: s/Todd M. Friedman
TODD M. FRIEDMAN (216752)
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 20th day of September, 2010, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Edward M. Chen
   United States District Court
6  Northern District of California

7

8  Copy sent via mail on this 20th day of September, 2010 to:

9  D. Scott Carruthers
   Attorney at Law
10 8448 Katella Ave
11 Stanton, CA 90680

12 This 20th day of September, 2010.

13
   s/Todd M. Friedman
14 Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28