Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA MEYER,**<br>Plaintiff,<br><br>vs.<br><br>**REGENT ASSET MANAGEMENT SOLUTIONS, INC.,**<br>Defendant.<br>_____ | Case No. **3:10-cv-02836-EMC**<br><br>**NOTICE OF SETTLEMENT**<br><br>ORDER RESETTING CMC<br><br><br><br>_____ |

  NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

  Respectfully submitted this 20th day of September, 2010.

By: s/Todd M. Friedman
TODD M. FRIEDMAN (216752)
Attorney for Plaintiff

IT IS SO ORDERED that the CMC set for 10/13/10 at 1:30 pm. is reset for 12/15/10 at 1:30 p.m.

_____
EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

- 1

Filed electronically on this 20th day of September, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Edward M. Chen
United States District Court
Northern District of California

Copy sent via mail on this 20th day of September, 2010 to:

D. Scott Carruthers
Attorney at Law
8448 Katella Ave
Stanton, CA 90680

This 20th day of September, 2010.

s/Todd M. Friedman
Todd M. Friedman