**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA MEYER,** | Case No. **3:10-cv-02836-EMC** |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **REGENT ASSET MANAGEMENT SOLUTIONS, INC.,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 10th day of December, 2010.

By:     s/Todd M. Friedman
          Todd M. Friedman, Esq.
          Law Offices of Todd M. Friedman, P.C.
          tfriedman@AttorneysForConsumers.com
          Attorney for Plaintiff

1  Filed electronically on this 10th day of December, 2010, with:

2

3  United States District Court CM/ECF system

4  And hereby served upon all parties

5  Notification sent on this 10th day of December, 2010, via the ECF system to:

6

7  Honorable Edward M. Chen
   Judge of the United States District Court
8  Northern District of California

9
   Copy sent via mail on this 10th day of December, 2010, to:
10

11 D. Scott Carruthers
   Attorney at Law
12 8448 Katella Ave
   Stanton, CA 90680
13

14

15

16 By: s/Todd M. Friedman
          Todd M. Friedman
17

18

19

20

21

22

23

24

25

26

27

28